USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/25/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

**EILEEN MENDEZ,** *Individually and as Parent and Natural Guardian of A.C.*,

                    **Plaintiffs,**

-against-

**NEW YORK CITY DEPARTMENT OF EDUCATION,**

                    **Defendant.**

---------------------------------------------------------------- x

**1:19-cv-00854-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Pursuant to the Status Conference held on February 7, 2020, Plaintiff's motion for reconsideration is **DENIED** and this action is dismissed. ECF No. 39. Accordingly, Defendant's request for a pre-motion conference is **DENIED** as moot. ECF No. 47. The Clerk of the Court is respectfully directed to enter Judgment in Defendant's favor.

**SO ORDERED.**

Dated:  February 25, 2020
       New York, New York

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**