**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
EILEEN MENDEZ, Individually and as Parent and
Natural Guardian of A.C.,
                Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,
                Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/2020

19 CIVIL 854 (ALC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 25, 2020, Plaintiff's motion for reconsideration is DENIED and this action is dismissed. Defendant's request for a pre-motion conference is DENIED as moot; judgment is entered in Defendant's favor.

**Dated:** New York, New York
        February 26, 2020

                                              **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                    **BY:**
                                                    **Deputy Clerk**